UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN ORTOLANO,

    Plaintiff,

v.                         Case No: 6:15-cv-802-Orl-40DAB

SEMINOLE COUNTY SCHOOL
DISTRICT,

    Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Application to Proceed in Forma Pauperis (Doc. 2) filed on May 18, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 22, 2015 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Application to Proceed in Forma Pauperis (Doc. 2) is **DENIED**.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 12, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties